1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARRIE S. LEONETTI, Maryland Bar
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ROBERT FLORES GOMEZ, JR.

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 1:07-cr-94 AWI
                                       )
12              Plaintiff,             )   COMMITMENT ORDER
                                       )
13        v.                           )
                                       )
14  ROBERT FLORES GOMEZ, JR.,          )   Judge: Hon. Anthony W. Ishii
                                       )
15              Defendant.             )
                                       )
16  _____)

17

18        Pursuant to 18 U.S.C. § 4243 (a) (1984), the Defendant, Robert Flores Gomez, Jr., is hereby committed

19  to the Veterans Administration Central California Health Care System at 2615 E. Clinton Ave. in Fresno,

20  California ("VACCHS") pending determination of his present mental condition. The United States Marshals

21  Service shall transport Mr. Gomez to the VACCHS forthwith and return him to Court for determination of

22  his mental condition and disposition on September 10, 2007 at 1:30 p.m.

23  Dated:  August 8, 2007

24

25

26                              Hon. Anthony W. Ishii
                                United States District Judge
27

28