**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | 1:07-cr-0094 AWI |
| )  Plaintiff,                ) | COMMITMENT ORDER PURSUANT |
| )                            | TO 18 U.S.C. § 4243(a) |
| v.                           ) | |
| )                            | |
| ROBERT FLORES GOMEZ, JR.,    ) | |
| )                            | |
|       Defendant.             ) | |
| _____) | |

Defendant Robert Flores Gomez, Jr., has been found not guilty only by reason of insanity at the time of the offense charged.  He is accordingly, pursuant to the provisions of §4243(a) of Title 18, committed to a suitable facility; to wit, the Fresno County Behavioral Health Center until such time as he is eligible for release.

Mr. Gomez is remanded to the custody of the United States Marshals to be immediately transported and returned to U. S. District Court  pending resolution of these post-judgment proceedings.  Fresno County Behavioral Health Center shall not release Mr. Gomez, except to the custody of the United States Marshals.  In the event that Mr. Gomez is determined to be of sound mental condition, the Fresno County Behavioral Health

Center shall notify the United States Marshals, who shall immediately re-take custody of Mr. Gomez. If Mr. Gomez is found to be a danger to others or to himself or otherwise subject to being held involuntarily under the provisions of California Welfare and Institutions Code Section 5150,he shall be retained in the custody of the County of Fresno pursuant to the provisions of law. Mr. Gomez shall not be released under any condition, and shall only released to the custody of the United States Marshals. for return to the United States District Court for the Eastern District of California, Fresno Division, at 2500 Tulare Street, Fresno, California 93721.

Upon any discharge by the Fresno County Department of Community Health, the United States Marshals shall return Defendant Gomez to this Court for further proceedings in accordance with the provisions of 18 U.S.C. § 4243 et seq.

IT IS SO ORDERED.

Dated:   August 9, 2007              /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE