# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-cr-0094 AWI |
| | ) | |
| Plaintiff, | ) | ORDER DENYING MOTION FOR |
| | ) | DISCHARGE OF DEFENDANT |
| v. | ) | |
| | ) | |
| ROBERT FLORES GOMEZ, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    The Motion of Defendant Robert Flores Gomez, Jr., came on for hearing on expedited notice before U.S. District Judge Oliver W. Wanger.  Plaintiff was represented by Kimberly Sanchez, Esq., Assistant United States Attorney.  Defendant was not present and was represented by his attorney Carrie S. Leonetti, Esq., Assistant Federal Defender.

    The Court reviewed the history of the case, Mr. Gomez having been acquitted only by reason of insanity.  Determination was made that under the provisions of 18 U.S.C. §§ 4243 and 4247, the Court did not have present authority or jurisdiction to approve and order the release pursuant to the stipulation of the parties without mental examination.  Accordingly, the motion for discharge pursuant to stipulation is DENIED.

1  The Defendant has been committed pursuant to 18 U.S.C.
2  § 4243(a) to a suitable facility for observation and diagnosis as
3  to his present mental condition regarding whether or not his
4  release would create a substantial risk of bodily injury to
5  another person or serious damage of property of another due to a
6  present mental disease or defect.
7  The Court has previously set a hearing pursuant to the
8  provisions of 18 U.S.C. § 4243(c) for September 10, 2007.  No
9  release of Mr. Gomez shall be effectuated unless and until the
10 requirements of §§ 4243 and 4247 have been satisfied.

12 IT IS SO ORDERED.
13 Dated:   August 9, 2007              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE