DANIEL J. BRODERICK, #89424
Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERT FLORES GOMEZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:07-cr-94 AWI |
| Plaintiff, | ORDER REGARDING COMMITMENT |
| v. | |
| ROBERT FLORES GOMEZ, JR., | Date:  August 10, 2007 |
| Defendant. | Time:  2:00 p.m. |
| | Judge: Hon. Oliver W. Wanger |

After hearing, pursuant to 18 U.S.C. § 4243 (1984), the Court finds that the release of the Defendant, Robert Flores Gomez, Jr., would create a substantial risk of bodily injury to another person or serious damage of property of another due to Mr. Gomez's present mental disease.  Accordingly, Mr. Gomez is hereby committed to the custody of the Attorney General.

Pursuant to § 4243 (e), the Attorney General shall release Mr. Gomez to the appropriate California official, if California will assume responsibility for his custody, care, and treatment.  The Attorney General shall make all reasonable efforts to cause California to assume such responsibility.  If, notwithstanding such efforts, California will not assume such responsibility, the Attorney General shall hospitalize Mr. Gomez for treatment in a suitable facility until California will assume such responsibility or until Mr. Gomez's mental condition is such that his release, or his conditional release under a prescribed regimen of medical, psychiatric, or psychological care or treatment, would not create a substantial risk of bodily injury

to another person or serious damage to property of another, whichever is earlier.  The Attorney General shall continue periodically to exert all reasonable efforts to cause California to assume such responsibility for Mr. Gomez's custody, care, and treatment.

The hearing date currently scheduled for September 10, 2007 is accordingly vacated.

IT IS SO ORDERED.

**Dated:   August 10, 2007**               /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE