IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:07-CR-00094 |
| ) | |
| Plaintiff, ) | ORDER REGARDING CONTINUING COMMITMENT |
| ) | |
| v. ) | |
| ) | |
| ROBERT FLORES GOMEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

After hearing, pursuant to 18 U.S.C. § 4243 (1984), the Court finds that the release of the Defendant, Robert Flores Gomez, Jr., would create a substantial risk of bodily injury to another person or serious damage of property of another due to Mr. Gomez's present mental disease. Accordingly, Mr. Gomez's commitment to the custody of the Attorney General is hereby continued until further order of the court. A further review hearing is scheduled for September 7, 2010.

IT IS SO ORDERED.

Dated:   **March 9, 2010**                        /s/ Anthony W. Ishii
                                                                    CHIEF UNITED STATES DISTRICT JUDGE