DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERTO FLORES-GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:07-CR-00094 AWI |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE/REVIEW HEARING; ORDER |
| v. | |
| ROBERTO FLORES-GOMEZ, | Date: March 14, 2011 |
| *Defendant.* | Time: 9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the status conference/review hearing in the above-captioned matter now scheduled for March 7, 2011, **may be continued to March 14, 2011 at 9:00 a.m.**

This continuance is requested by counsel for defendant to allow additional time for case preparation prior to hearing.  Additionally, no report has yet been received relating to Mr. Flores-Gomez.  Assistant United States Attorney Kimberly Sanchez does not object to this request.  The requested continuance will conserve time and resources for all parties and the court

///

///

///

///

1  The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in
2  that the ends of justice served by the continuance outweigh the best interest of the public and the defendant
3  in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the
4  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

````
                                        BENJAMIN B. WAGNER
                                        United States Attorney


DATED: March 3, 2011                     /s/  Kimberly Sanchez
                                        KIMBERLY SANCHEZ
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Defender


DATED: March 3, 2011                     /s/  Melody M. Walcott
                                        MELODY M. WALCOTT
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ROBERT FLORES-GOMEZ
````

## ORDER

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).


IT IS SO ORDERED.

Dated:   March 3, 2011

                                        CHIEF UNITED STATES DISTRICT JUDGE