DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERTO FLORES-GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:07-CR-00094 AWI |
| *Plaintiff,* | ORDER REGARDING CONTINUING COMMITMENT |
| v. | |
| ROBERTO FLORES-GOMEZ, | |
| *Defendant.* | Judge: Hon. Anthony W. Ishii |

After hearing, pursuant to 18 U.S.C. §§ 4246 and 4247(d), the Court finds by clear and convincing evidence that the release of the Defendant, Robert Flores-Gomez, would create a substantial risk of bodily injury to another person or serious damage of property of another due to Mr. Flores-Gomez' present mental disease. Accordingly, Mr. Flores-Gomez' commitment to the custody of the Attorney General is hereby continued until further order of the Court. A further review hearing is scheduled for October 3, 2011.

IT IS SO ORDERED.

Dated:   April 21, 2011                                              _____
                                                                                            CHIEF UNITED STATES DISTRICT JUDGE