1 DANIEL J. BRODERICK, #89424
Federal Defender
2 MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
3 Designated Counsel for Service
2300 Tulare Street, Suite 330
4 Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERTO FLORES-GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:07-CR-00094 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE/REVIEW HEARING; |
| v. | ) | ORDER |
| ROBERTO FLORES-GOMEZ, | ) ) | Date: October 31, 2011 Time: 9:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the status conference/review hearing in the above-captioned matter now scheduled for October 3, 2011, **may be continued to October 31, 2011 at 9:00 a.m.**

This continuance is requested by counsel for defendant to allow additional time for case investigation and communication with Bureau of Prisons regarding custody of Mr. Flores-Gomez prior to the hearing. Assistant United States Attorney Kimberly Sanchez does not object to this request. The requested continuance will conserve time and resources for all parties and the court

///

///

///

///

1   The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in
2   that the ends of justice served by the continuance outweigh the best interest of the public and the defendant
3   in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the
4   reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

BENJAMIN B. WAGNER
United States Attorney

DATED: September 28, 2011        /s/  Kimberly Sanchez
                                 KIMBERLY SANCHEZ
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: September 28, 2011        /s/  Melody M. Walcott
                                 MELODY M. WALCOTT
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 ROBERT FLORES-GOMEZ

## ORDER

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   September 28, 2011

CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference/
Review Hearing; Order                                    -2-