**FILED**

OCT **2 6** 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 1:07-cr-00094 **AWI** |
| **Plaintiff,** | **ORDER REGARDING CONTINUING** |
| **v.** | **COMMITMENT** |
| **ROBERT FLORES GOMEZ,** | |
| **Defendant.** | |

After hearing on June 4, 2012, pursuant to 18 U.S.C. §§ 4246 and 4247(d), the Court finds by clear and convincing evidence that the release of the defendant, Robert Flores Gomez, would create a substantial risk of bodily injury to another person or serious damage to property of another due to Mr. Gomez's present mental disease. Accordingly, Mr. Gomez's commitment to the custody of the Attorney General is hereby continued until further order of the court. A further review hearing is scheduled for November 5, 2012.

IT IS SO ORDERED.

Dated: October 26, 2012

_____
Anthony W. Ishii
Chief United States District Judge