

NOV 2 7 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___S. Arellano___
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:07-cr-00094 AWI |
| Plaintiff, ) | ORDER REGARDING CONTINUING COMMITMENT |
| v. ) | |
| ROBERT FLORES GOMEZ, ) | |
| Defendant. ) | |

After hearing on November 26, 2012, pursuant to 18 U.S.C. §§ 4246 and 4247(d), the Court finds by clear and convincing evidence that the release of the defendant, Robert Flores Gomez, would create a substantial risk of bodily injury to another person or serious damage to property of another due to Mr. Gomez's present mental disease or defect. Accordingly, Mr. Gomez's commitment to the custody of the Attorney General is hereby continued until further order of the court. A further review hearing is scheduled for June 3, 2013.

IT IS SO ORDERED.

Dated: November 27, 2012

_____
Anthony W. Ishii
United States District Judge