


**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br>**v.**<br>**ROBERT FLORES GOMEZ,**<br>**Defendant.** | 1:07-cr-00094 AWI<br><br>**ORDER REGARDING CONTINUING COMMITMENT** |

After hearing on June 10, 2013, pursuant to 18 U.S.C. §§ 4246 and 4247(d), the Court finds by clear and convincing evidence that the release of the defendant, Robert Flores Gomez, would create a substantial risk of bodily injury to another person or serious damage to property of another due to Mr. Gomez's present mental disease or defect. Accordingly, Mr. Gomez's commitment to the custody of the Attorney General is hereby continued until further order of the court. A further review hearing is scheduled for December 9, 2013.

IT IS SO ORDERED.

Dated: June 10, 2013

Anthony W. Ishii
Senior United States District Judge