**FILED**
JUL 23 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT FLORES GOMEZ,<br><br>Defendant. | No. 1:07-cr-00094 AWI<br><br>**ORDER REGARDING CONTINUING COMMITMENT** |
|---|---|

After hearing on July 21, 2014, pursuant to 18 U.S.C. §§ 4246 and 4247(d), the Court finds by clear and convincing evidence that the release of the defendant, Robert Flores Gomez, would create a substantial risk of bodily injury to another person or serious damage to property of another due to Mr. Gomez's present mental disease or defect. Accordingly, Mr. Gomez's commitment to the custody of the Attorney General is hereby continued until further order of the court. A further review hearing is scheduled for January 20, 2015.

IT IS SO ORDERED.

Dated: July 22, 2014

Anthony W. Ishii
Senior United States District Judge

1