FILED

JAN 20 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT FLORES GOMEZ,<br><br>Defendant. | No. 1:07-cr-00094 AWI<br><br>**ORDER REGARDING CONTINUING COMMITMENT** |

After hearing on January 20, 2015, pursuant to 18 U.S.C. §§ 4246 and 4247(d), by stipulation of the parties, the Court finds continuing clear and convincing evidence that the release of the defendant, Robert Flores Gomez, would create a substantial risk of bodily injury to another person or serious damage to property of another due to Mr. Gomez's present mental disease or defect. Accordingly, Mr. Gomez's commitment to the custody of the Attorney General is hereby continued until further order of the court. A further review hearing is scheduled for July 20, 2015.

IT IS SO ORDERED.

Dated: January 20, 2015

_____
Anthony W. Ishii
Senior United States District Judge

1