HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
ROBERT FLORES-GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>ROBERT FLORES-GOMEZ,<br><br>*Defendant.* | Case No. 1:07-cr-00094 AWI<br><br>ORDER REGARDING PREPARATION OF RISK ASSESSMENT REVIEW REPORT<br><br>Judge: Hon. Anthony W. Ishii |

Robert Flores-Gomez was originally committed to the custody of the Attorney General on August 10, 2007 pursuant to 18 U.S.C. § 4243, after he was found not guilty only by reason of insanity. The last Risk Assessment Review Report provided to the court pursuant to 18 U.S.C. § 4247(e)(B) is dated May 20, 2015. The court has set the next status conference for May 18, 2017. Therefore the court hereby orders that the Warden of the United States Medical Center for Federal Prisoners, Springfield, Missouri provide the court and counsel a current Risk Assessment Review Report by May 8, 2017.

IT IS SO ORDERED.

Dated:  January 20, 2017                                   _____
                                                                                  SENIOR DISTRICT JUDGE