HEATHER E. WILLIAMS, SBN #122664
Federal Defender
VICTOR M. CHAVEZ, SBN #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant ROBERT FLORES GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT FLORES GOMEZ,<br><br>*Acquitted Person*. | Case No. 1:07-CR-00094 AWI<br><br>**ORDER GRANTING MOTION FOR CONDITIONAL RELEASE FROM PSYCHIATRIC HOSPITALIZATION PURSUANT TO 18 U.S.C. § 4243(f); EXHIBIT**<br><br>Date: None set<br>Time:<br>Judge: Anthony W. Ishii |

ROBERT FLORES GOMEZ through his attorney of record, Assistant Federal Defender Victor M. Chavez, hereby moves this court for an order pursuant to 18 U.S.C. § 4243(f) granting him a conditional release from his psychiatric hospitalization at the United States Medical Center for Federal Prisoners, Springfield, Missouri. **The government by Assistant United States Attorney Kimberly A. Sanchez is not opposed to Mr. Gomez's motion for conditional release and is not requesting a hearing on the motion.**

## PROCEDURAL HISTORY

Mr. Gomez was charged by indictment filed on April 26, 2007 with assaulting an officer in violation of 18 U.S.C. § 111(a)(1) and assault in violation of 18 U.S.C. § 113(a)(4), (Doc. 6). After a bench trial he was adjudicated not guilty by reason of insanity on August 8, 2007 (Doc. 17). Thereafter, on August 10, 2007 Mr. Gomez was committed to the custody of the Attorney

General under 18 U.S.C. § 4243(a) and (e). The court concluded that his release would create a substantial risk of bodily harm to another person or serious damage to property of another due to his present mental illness (Doc. 21, 23).

Mr. Gomez was originally housed at the Federal Medical Center in Rochester, Minnesota. Since March, 2009 he has been treated at the United States Medical Center for Federal Prisoners in Springfield, Missouri. His case came before this Court on a regular basis for status conference reviews of his civil commitment and his mental health status was reviewed at least annually by the medical staff at the institution. In a May 20, 2015 report Mr. Gomez was found suitable for a conditional release by his Risk Assessment Panel. The panel concluded that his condition had improved such that he would not present a substantial risk of bodily injury to another person or serious damage to the property of another due to his mental illness at this time if he were released under a prescribed regimen of care and treatment. The Panel recommended release to suitable housing with ongoing mental health treatment to include close monitoring of medication compliance.

Since approximately June, 2015 Ms. Kristi Jackson, LCSW, the social worker assigned to this case and Rick Tarazon, United States Probation Officer, have searched for a suitable placement for the conditional release of Mr. Gomez. In June, 2016 the Risk Assessment Panel conducted its annual review of Mr. Gomez's case and continued to recommend his conditional release under a prescribed regimen of medical, psychiatric, or psychological care or treatment under 18 U.S.C. § 4243(f)(2).

In March, 2017 a suitable conditional release placement for Mr. Gomez was identified. Mr. Gomez was accepted by K&R Manor Group Home, located at 9817 Stephens Street, Delhi, California 96315. This home has been visited and approved for placement of Mr. Gomez by the Probation Office, Eastern District of California. The home was visited by United States Probation Officer, Tim Mechem. United States Probation Office, Rick Tarazon will supervise Mr. Gomez in the community and has agreed to the release plan consisting of residence at K&R Manor Group Home and provision of mental health care and case management services at Merced County Behavioral Health Center. Mr. Gomez's Social Security Disability Income will

be reestablished once he returns to California. In addition the following conditions of conditional release are proposed for Mr. Gomez and it is requested that these conditions be incorporated into the Court's release order.

<u>Conditions of Release:</u>

1) Mr. Gomez shall reside at K&R Manor Group Home located at 9817 Stephens Street, Delhi, California 96315. Any change in his residence must first be approved by the United States Probation Officer.

2) Mr. Gomez shall be supervised by a U.S. Probation Officer and he will follow all instructions given by his Probation Officer.

3) Mr. Gomez shall actively participate in, and cooperate with, the prescribed regimen of mental health care and psychiatric aftercare as directed by the U.S. Probation Officer and the treating mental health provider. This shall include his voluntary admission to an inpatient facility for stabilization should it be deemed necessary. He shall follow all the rules, regulations and instructions of the treatment staff and comply with the treatment regimen recommended. Also, he will not change mental health providers without the approval of the U.S. Probation Officer.

4) Mr. Gomez shall continue to take such medication, including injectable units, as prescribed for him by the medical/mental health provider.

5) Mr. Gomez waives his rights to confidentiality regarding his mental health treatment in order to allow sharing of information with the supervising U.S. Probation Officer and other mental health treatment providers, who will assist in evaluating his ongoing appropriateness for community placement.

6) Mr. Gomez shall refrain from the use of alcohol and illegal drugs, as well as the abuse of prescription and over-the-counter medications. He will submit to random urinalysis testing as directed by treating mental health staff and/or the probation officer. This also includes participating in substance abuse treatment if deemed necessary.

7) Mr. Gomez shall not possess actual or imitation firearms, explosives, or other deadly weapons and he not write, say or communicate threats. He shall submit to a warrantless search

1    based on reasonable suspicion on request of his U.S. Probation Officer or any law enforcement officer of his person or property for the purpose of determining compliance with this provision. He shall permit confiscation of any contraband.

8)   Mr. Gomez shall not commit a federal, state, or local crime, and he shall notify his U.S. Probation Officer within 48 hours if he is arrested or questioned by any law enforcement officer.

9)   Mr. Gomez shall not knowingly associate with any person convicted of a felony unless granted permission to do so by his U.S. Probation Officer.

The probation office shall report annually to the court with a copy to Mr. Gomez's counsel, the Federal Public Defender and to government counsel regarding the status of Mr. Gomez's conditional release. Upon receipt and verification of a Court Order and Conditions of Release, the Bureau of Prisons shall notify the appropriate persons, finalize release paperwork, and transportation arrangements, arrange the initial appointment for mental health aftercare and contact the assigned probation officer prior to the actual date and time of release from the Bureau of Prisons. The Bureau of Prisons shall release Mr. Gomez and he shall be accompanied by a staff member to the group home after all release arrangements are satisfactory and complete.

**APPLICABLE LAW**

Pursuant to 18 U.S.C. § 4243 (f) when the director of the facility housing the acquitted person determines that such person has recovered from his mental disease or defect to such an extent that his conditional release under a prescribed regimen of medical, psychiatric, or psychological care or treatment, would no longer create a substantial risk of bodily injury to another person or serious damage to property of another, he shall promptly file a Certificate to that effect with the clerk of the court that ordered the commitment. Once the Certificate is filed the court shall order the discharge of the person or on its own motion or motion of the government, shall hold a hearing to determine whether the person should be released. The Certificate was authorized by Linda Sanders, Warden of the United States Medical Center for Federal Prisoners in Springfield, Missouri (USMC FP) on March 10, 2017, and is attached as Exhibit 1.

//

Mr. Gomez should be ordered conditionally released because his medical team from USMC FP determined that he is appropriate for conditional release since May 20, 2015 and reiterated that opinion in June, 2016.  The Warden of USMC FP, Springfield issued the appropriate Certificate of Improved Mental Health Condition and Request For Conditional Release From Psychiatric Hospitalization on March 10, 2017.  Mr. Gomez was accepted into a group home in March, 2017.  In March, 2017 that group home was inspected by U.S. Probation Officer, Tim Mechem, who found it an appropriate placement for Mr. Gomez.  Appropriate conditions of release have been established.

## CONCLUSION

Based on the foregoing Mr. Gomez should be conditionally released under the conditions herein set forth.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 19, 2017  /s/ *Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
ROBERT FLORES GOMEZ

## ORDER

Mr. Gomez is hereby conditionally released pursuant to 18 U.S.C. § 4243(f)(2).  The conditions previously listed, 1-9, are incorporated into this order.  The U.S. Probation Officer will provide this Court with an annual report on the status of Mr. Gomez's conditional release and provide a copy of said report to Mr. Gomez's attorney and to the government.

IT IS SO ORDERED.

Dated:  April 20, 2017  _____
SENIOR  DISTRICT  JUDGE

United States v. Robert Flores Gomez

1:07-cr-00094 AWI

Certficate of Conditional Release

**Exhibit 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | CASE NO. 1:07-CR-00094 |
| ROBERT GOMEZ FLORES | |

## CERTIFICATE OF CONDITIONAL RELEASE

This is to advise you that Robert Flores Gomez, Jr, Reg. No. 63396-097, has been examined and treated by my staff under 18 U.S.C. 4243(e). Pursuant to 18 U.S.C. 4243(e)-(f), I certify that my staff determined that Robert Gomez has recovered from his mental disease or defect to such an extent that his conditional release under a prescribed regimen of medical, psychiatric, or psychological care or treatment would no longer create a substantial risk of bodily injury to another person or serious damage to property of another.

In accordance with Section 4243(f), the Clerk of the Court should mail a copy of this certificate to the defendant's counsel and to the attorney for the Government.

SIGNED this 10th day of March 2017.

For Sanders
Linda Sanders, Warden
U.S. Medical Center for Federal Prisoners
Springfield, Missouri