# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:07-cr-00094-DAD |
| Plaintiff, | DETENTION ORDER |
| v. | |
| ROBERT FLORES GOMEZ, | |
| Defendant. | |

On June 9, 2017, a petition for violation of probation was filed as to Defendant Robert Flores Gomez. The defendant appeared on June 14, 2017 for an initial appearance on the petition for violation of his supervision. For the reasons noted in the record during the June 14, 2017 and the record itself, the defendant is HEREBY ORDERED detained pending a determination of his violation of conditions of supervision.

IT IS SO ORDERED.

Dated: __**June 14, 2017**__

UNITED STATES MAGISTRATE JUDGE

1