UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:07-CR-00094-DAD |
|---|---|
| Plaintiff, | |
| v. | <u>ORDER REVOKING CONDITIONAL RELEASE AND REMANDING DEFENDANT TO A SUITABLE BOP FACILITY FOR PSYCHIATRIC TREATMENT</u> |
| ROBERT FLORES-GOMEZ, | |
| Defendant. | |

After hearings on September 25, 2017 and November 6, 2017, the court finds that Robert Flores-Gomez violated the terms of his conditional release ordered on April 20, 2017, by leaving his group home placement, without the permission of his probation officer on June 8, 2017.

Upon consideration of the psychiatric evaluation prepared by Dr. A.A. Howsepian on August 14, 2017, the court finds that in light of his failure to comply with his prescribed regimen of medical and psychiatric treatment, Mr. Flores-Gomez's continued release would create a substantial risk of bodily injury to another person or serious damage to property of another. Therefore, his conditional release is hereby revoked and he is remanded to a suitable Bureau of Prisons medical facility pursuant to 18 U.S.C. § 4243(g).

The court recommends designation to the United States Medical Center for Federal Prisoners at Springfield, Missouri where Mr. Flores-Gomez was previously treated since 2009.

/////

1

The court further recommends that the U.S. Marshals transport Mr. Flores-Gomez forthwith in the most direct manner possible to avoid subjecting him to numerous temporary stays where his medical treatment will be interrupted resulting in further decompensation of his mental health.

IT IS SO ORDERED.

Dated: **December 7, 2017**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE