1  VICTOR M. CHAVEZ, BAR #113752
   ATTORNEY AT LAW
2  P.O. BOX 5965
   FRESNO, CALIFORNIA 93755
3  TELEPHONE: (559) 824-6293

4  COUNSEL FOR DEFENDANT
   ROBERT FLORES-GOMEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:07-CR-00094 ADA |
|---|---|
| Plaintiff, | STIPULATION TO RESCHEDULE STATUS CONFERENCE TO SEPTEMBER 25, 2023 |
| v. | DATE: June 5, 2023 |
| ROBERT FLORES-GOMEZ, | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Ana De Alba |

IT IS HEREBY STIPULATED by the parties to this action through their respective counsel that the status conference now set for June 5, 2023 may be rescheduled to September 25, 2023. In this matter a placement is being sought for Mr. Flores-Gomez so that he may be released on conditional release status. Mr. Flores-Gomez remains in custody at the Federal Medical Center for Federal Prisoners in Springfield, Missouri where he was previously committed pursuant to 18 U.S.C. sec. 4243.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

As of this date a suitable placement has not been located and efforts to find such a placement are ongoing.

IT IS SO STIPULATED.

Dated:  May 31, 2023                            */s/ Victor M. Chavez*
                                                                VICTOR M. CHAVEZ
                                                                Attorney for Defendant
                                                                Roberto Soria Cuevas

Dated:  May 31, 2023                             /s/ Kimberly A. Sanchez
                                                                KIMBERLY A. SANCHEZ
                                                                Assistant United States Attorney
                                                                Attorney for Plaintiff

IT IS SO ORDERED.

   Dated:   May 31, 2023   
                                                                _____
                                                                UNITED STATES DISTRICT JUDGE