VICTOR M. CHAVEZ, BAR #113752
ATTORNEY AT LAW
P.O. BOX 5965
FRESNO, CALIFORNIA 93755
TELEPHONE: (559) 824-6293

COUNSEL FOR DEFENDANT
ROBERT FLORES-GOMEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>ROBERT FLORES-GOMEZ,<br><br>                              Defendant. | CASE NO.  1:07-CR-00094 ADA<br><br>STIPULATION TO RESCHEDULE STATUS CONFERENCE TO NOVEMBER 6, 2023; ORDER<br><br>DATE: November 6, 2023<br>TIME: 9:00 a.m,<br>COURT: Hon. Ana De Alba |

IT IS HEREBY STIPULATED by the parties to this action through their respective counsel that the status conference now set for September 25, 2023 may be rescheduled to November 6, 2023. In this matter a placement is being sought for Mr. Flores-Gomez so that he may be released on conditional release status.    Mr. Flores-Gomez remains in custody at the Federal Medical Center for Federal Prisoners in Springfield, Missouri where he was previously committed pursuant to 18 U.S.C. sec. 4243.

///
///
///
///
///
///
///
///
///
///

FLORES-GOMEZ STIPULATION                                    1

As of this date a suitable placement has not been found.  However, there is a placement under consideration, and additional time is needed to complete an evaluation of the potential placement.

IT IS SO STIPULATED.


Dated:  September 19, 2023                    */s/ Victor M. Chavez*
                                               VICTOR M. CHAVEZ
                                               Attorney for Defendant
                                               Roberto Soria Cuevas


Dated:  September 19, 2023                     /s/ Kimberly A. Sanchez
                                               KIMBERLY A. SANCHEZ
                                               Assistant United States Attorney
                                               Attorney for Plaintiff


IT IS SO ORDERED.

    Dated:    September 20, 2023    _____

                                        UNITED STATES DISTRICT JUDGE