VICTOR M. CHAVEZ, BAR #113752
ATTORNEY AT LAW
P.O. BOX 5965
FRESNO, CALIFORNIA 93755
TELEPHONE: (559) 824-6293

COUNSEL FOR DEFENDANT
ROBERT FLORES-GOMEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ROBERT FLORES-GOMEZ,<br><br>        Defendant. | CASE NO. 1:07-CR-00094 ADA<br><br>APPLICATION FOR CONDITIONAL RELEASE FROM PSYCHIATRIC HOSPITALIZATION; EXHIBIT;  ORDER WITH CONDITIONS OF RELEASE<br><br>DATE: November 6, 2023<br>TIME: 8:30 a.m.<br>COURT: Hon. Ana De Alba |

  Robert Flores Gomez, by counsel of record, hereby requests that this court grant him conditional release from his psychiatric hospitalization pursuant to 18 U.S.C. sec. 4243 (f). As set forth in the procedural history Mr. Flores was committed to the custody of the Attorney General on April 10, 2007 after he was found not guilty by reason of insanity in a bench trial. Currently he is at the United States Medical Center for Federal Prisoners, Springfield, Missouri.  Throughout the course of his psychiatric treatment he has been periodically evaluated by Risk Panels . Since December 8, 2021  the Risk Panel Report has determined that he is suitable for conditional release.   The Risk Panel made the same determination in its report dated December 21, 2022.  At this time there appears to be a suitable placement for Mr. Flores at one of the homes operated by Wholesome Elderly Care in Sacramento, California.  Although at present no room is available for Mr. Flores it is necessary to obtain a court order authorizing his conditional release  in order to secure his place on the waiting list.

  The placement has been inspected  by U.S. Probation Officer Paul Mamaril  and it has been approved as appropriate for Mr. Flores.

I.     PROCEDURAL HISTORY

Mr. Flores was charged by indictment filed on April 26, 2007 with assaulting an officer in violation of 18 U.S.C. sec. 111(a)(1) and assault in violation of 18 U.S.C. sec. 113(a)(4), Doc. 6. After a bench trial he was adjudicated not guilty by reason of insanity on August 8, 2007, Doc.17.  Thereafter on August 10, 2007 Mr. Flores was committed to the custody of the Attorney General pursuant to 18 U.S.C. sec. 4243(a) and (e).  The court concluded that his release would create a substantial risk of bodily harm to another person or serious damage to property of another due to his present mental Illness. Doc. 21,23.

Mr. Flores was originally housed at the Federal Medical Center in Rochester, Minnesota. Since March, 2009 he has been  treated at the United States Medical Center for Federal Prisoners in Springfield, Missouri.  His civil commitment  status  was  reviewed  regularly by the district court and his mental health status was periodically assessed by medical staff at the institution.  In  May, 2015 a Risk Panel Assessment Report found that his condition had improved such that he would not present a substantial risk of bodily injury to another person or serious damage to the property of another due to his mental illness if he were released under a prescribed regimen of care and treatment.  The panel recommended a conditional  release to suitable housing under a prescribed regimen of medical, psychiatric, or psychological care or treatment as provided in 18 U.S.C. sec. 4243(f)(2).

A suitable placement was not identified until March, 2017.  Mr. Flores was placed in a group home in Merced County, California on May 10, 2017.  He left the group home without permission on June 8, 2017.  A violation petition was filed on June 9, 2017.  After psychiatric evaluation and exploration of alternative placements, the court revoked his conditional release and ordered his return to the medical facility at Springfield, Missouri, Doc. 82, 100.  Mr. Flores has remained at the medical facility  under treatment to the present.

II.     PRESENT STATUS

At this time the medical staff has determined that Mr. Flores is suitable for conditional release.  The most recent Risk Panel Assessment Reports are dated December 8, 2021 and December 21, 2022.  Undersigned counsel believes that these reports have been provided to the court by the

institution. However, copies of the reports will be provided directly to chambers and later filed under seal. Both of these reports conclude that Mr. Flores should remain civilly committed under section 4243 but that under section 4243(f)(2) his mental condition is such that his conditional release under a prescribed regimen of medical, psychiatric, or psychological care or treatment, would not create a substantial risk of bodily injury to another person or serious damage to property of another. The panels recommend release to the community in a group home setting with ongoing monitoring of his mental stability, medication compliance, and mental health treatment. (Reports of December 8, 2021, at p.14 and December 21, 2022 at p. 13) As required by 18 U.S.C. sec. 4243(f), the Warden of the U.S.Medical Center for Federal Prisoners has certified that conditional release is appropriate.(Exhibit)

A suitable placement has been identified by Ms. Andrea Karr, the social worker assigned to Mr. Flores at the medical center in Springfield, Missouri.The placement is with Wholesome Elderly Care located at 5205 Argo Way, Sacramento, California. At Ms. Karr's request the home was visited by U.S. Probation, Sacramento. Probation Officer Paul Mamaril visited the home on August 4, 2023 and found it suitable as a placement for Mr. Flores. Wholesome Elderly Care operates five homes in the Sacramento area. Each is in a residential neighborhood and consists of 6 residents. The homes provide three meals a day and medication management. There is on-site staff at all times which consists of one staff member. At this time there are no beds available. However, Mr. Flores cannot be placed on a waiting list until the court has approved his conditional release. The logistics of getting Mr. Flores to a placement in Sacramento are not initiated until his conditional release is authorized. It is critical to get Mr. Flores on the waiting list as there are five group homes. In the event that a room becomes available at one of the homes that has not been approved by Probation it would be necessary to have probation visit the home prior to initiating any travel by Mr. Flores.

### III.     APPLICABLE LAW

Title 18 U.S.C. sec. 4243(f) provides in relevant part that: when the director of the facility housing the

acquitted person determines that such person has recovered from his mental disease or defect to such an extent that his conditional release under a prescribed regimen of medical, psychiatric, or psychological care or treatment, would no longer create a substantial risk of bodily injury to another

person or serious damage to property of another, he shall promptly file a certificate to that effect with the clerk of the court that ordered the commitment. Once the certificate is filed the court shall order the discharge of the person or on its own motion or motion of the government, shall hold a hearing to determine whether the person should be released. The certificate was provided by J.E. Krueger, Warden of the U.S. Medical Center for Federal Prisoners at Springfield, Missouri on October 6, 2022.

## IV. REQUEST FOR CONDITIONAL RELEASE

Mr. Flores should be ordered conditionally released because two medical panels from the Medical Center have determined that he is appropriate for conditional release since December 8, 2021 and again on December 21, 2022. The warden of the medical center has issued his certificate and requested that the court order conditional release for Mr. Flores. In August, 2022 the group home in Sacramento, Wholesome Elderly Care, indicated that they would accept Mr. Flores into one of their homes once he is ordered conditionally released by the court and a room becomes available. The group home was inspected and found to be an appropriate placement for Mr. Flores by U.S. Probation Officer Paul Mamaril in August 2023. Appropriate release conditions have been established and they are set forth below. Additional conditions may be added as the court finds appropriate.

The following release conditions are recommended:

1. Mr. Flores will reside at the Wholesome Elderly Care group home located at, 5205 Argo Way, Sacramento, California 95820. He will remain at this address at the direction of his U.S. Probation officer. Any change in his residence must be pre-authorized by Probation.
2. Mr. Flores will actively participate in, and cooperate with, a regimen of mental health care and psychiatric aftercare as directed and administered by the treating mental health provider. This is to include his voluntary admission to an inpatient facility for stabilization should it be deemed necessary. He will follow all the rules, regulations and instructions of the treatment staff and comply with the treatment regimen recommended.
3. Mr. Flores will continue to take his medications, including injectable units, as prescribed for him by the medical provider.
4. Mr. Flores will waive his rights to confidentiality regarding his mental health treatment in order to allow sharing of information with the supervising U.S. Probation Officer and other mental health treatment providers, who will assist in evaluating his ongoing appropriateness for community placement.
5. Mr. Flores will refrain from the use of alcohol and illegal drug usage, including marijuana, as well as the abuse of over the counter medications, and submit to random urinalysis testing as warranted by treating mental health staff and/or the probation officer. This also includes participating in substance abuse treatment as deemed necessary.
6. Mr. Flores will not have in his possession at any time actual or imitation firearms or other deadly weapons and he may not write, say or communicate threats. He will submit to a warrantless search on request of the U.S. Probation Officer or any law enforcement officer, of his person or

FLORES-GOMEZ APPLICATION FOR
CONDITIONAL RELEASE

4

property for the purpose of determining compliance with this provision and shall permit the confiscation of any such contraband.

7. Mr. Flores will not commit a federal, state, or local crime, and he will immediately notify his U.S. Probation Officer if he is arrested or questioned by any law enforcement officer. He will not associate with any person convicted of a felony, unless granted permission to do so, by his Probation Officer.

8. Annual reports will be written by the U.S. Probation Office regarding the status of Mr. Flores' conditional release. The report should be submitted to The Honorable Ana I. de Alba, Eastern District of California, Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, California, 93721, for filing with the court.

Mr. Flores has been made aware of these conditions and has agreed to abide by them. He understands that any violation of the ordered conditions could result in his arrest and return to the custody of the Attorney General.

## CONCLUSION

Based on the foregoing Mr. Flores should be approved for conditional release under the conditions 1-8, listed above.

Respectfully submitted,

Dated: November 2, 2023         /s/  Victor M. Chavez
                                VICTOR M. CHAVEZ
                                Attorney for ROBERT FLORES GOMEZ

## ORDER

Robert Flores Gomez is hereby conditionally released from psychiatric hospitalization pursuant to 18 U.S.C. sec. 4243(f). The Conditions of Release, 1-8, listed above are hereby incorporated into this Order. The U.S. Probation Officer will provide this court with an annual report on the status of Mr. Flores' conditional release and provide a copy of said report to Mr. Flores' attorney and to the government.

IT IS SO ORDERED.

Dated:   November 6, 2023                    _____
                                             UNITED STATES DISTRICT JUDGE