1  VICTOR M. CHAVEZ, BAR #113752
   ATTORNEY AT LAW
2  P.O. BOX 5965
   FRESNO, CALIFORNIA 93755
3  TELEPHONE: (559) 824-6293

4  COUNSEL FOR DEFENDANT
   ROBERT FLORES-GOMEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:07-CR-00094 ADA |
|---|---|
| Plaintiff, | APPLICATION FOR CONDITIONAL RELEASE FROM PSYCHIATRIC HOSPITALIZATION; WARDEN'S CERTIFICATE; ORDER INCORPORATING CONDITIONS OF RELEASE |
| v. | |
| ROBERT FLORES-GOMEZ, | |
| Defendant. | DATE: (hearing not requested)<br>TIME:<br>COURT: NODJ |

    Robert Flores Gomez, by counsel of record, hereby requests that this Court grant him conditional release from his psychiatric hospitalization pursuant to 18 U.S.C. sec. 4243 (f). Since December 8, 2021, the Risk Panel Reports prepared by clinical staff at the U.S. Medical Center for Federal Prisoners, Springfield, Missouri have determined that he is suitable for conditional release. The Risk Panel made the same determination in its report dated December 21, 2022, and also in its most recent report dated October 9, 2024. M. King, the Warden of the U.S. Medical Center for Federal Prisoners has certified that Mr. Flores-Gomez has recovered from his mental disease to such extent that his conditional release, under a prescribed regimen of medical, psychiatric, or psychological care and treatment, would no longer create a substantial risk of bodily injury to another person or serious damage to property of another. Warden King is requesting that the Court order the conditional release of Mr. Flores-Gomez, Doc. 123.(copy attached)

    At this time Andrea Karr, the Clinical Social Worker assigned to Mr. Flores-Gomez has determined that there is a suitable placement for him at Harris Manor Care Center, 401 South Henry Street, Farmington, Missouri, 63640. This placement and release plan have been approved by U.S.

FLORES-GOMEZ APPLICATION FOR
CONDITIONAL RELEASE; ORDER

1

Probation Officer Julie Freeman of the Eastern District of Missouri. Ms. Freeman has supervised other civil commitment releasees and she is familiar with this home. Although at present a room may or may not be available for Mr. Flores-Gomez it is necessary to obtain a court order authorizing his conditional release in order to secure his direct placement or placement as soon as a bed becomes available. It is imperative that his conditional release be authorized as such placements are extremely difficult to find.

## I.    PROCEDURAL HISTORY

Mr. Flores-Gomez was charged by indictment filed on April 26, 2007, with assaulting an officer at Yosemite National Park in violation of 18 U.S.C. sec. 111(a)(1) and assault in violation of 18 U.S.C. sec. 113(a)(4), Doc. 6. After a bench trial he was adjudicated not guilty by reason of insanity on August 8, 2007, Doc. 17. Thereafter on August 10, 2007, Mr. Flores-Gomez was committed to the custody of the Attorney General pursuant to 18 U.S.C. sec. 4243(a) and (e). The court concluded that his release would create a substantial risk of bodily harm to another person or serious damage to property of another due to his present mental illness. Doc. 21,23.

Mr. Flores-Gomez was originally housed at the Federal Medical Center in Rochester, Minnesota. Since March 2009 he has been at the United States Medical Center for Federal Prisoners in Springfield, Missouri. His civil commitment status was reviewed regularly by the district court and his mental health status was periodically assessed by medical staff at the institution. In May 2015 a Risk Panel Assessment Report found that his condition had improved such that he would not present a substantial risk of bodily injury to another person or serious damage to the property of another due to his mental illness if he were released under a prescribed regimen of care and treatment. The panel recommended a conditional release to suitable housing under a prescribed regimen of medical, psychiatric, or psychological care or treatment as provided in 18 U.S.C. sec. 4243(f)(2).

A suitable placement was not identified until March 2017. Mr. Flores-Gomez was placed in a group home in Merced County, California on May 10, 2017. He left the group home without permission on June 8, 2017. A violation petition was filed on June 9, 2017. After psychiatric evaluation and exploration of alternative placements, the court revoked his conditional release and ordered his return to the medical facility at Springfield, Missouri, Doc. 82, 100. Mr. Flores-Gomez has remained there

FLORES-GOMEZ APPLICATION FOR
CONDITIONAL RELEASE; ORDER

to the present.

## II. PRESENT STATUS

In his most recent Risk Assessment Report dated October 9, 2024, the panel again concluded that he is suitable for conditional release. The panel opines that although he should remain civilly committed under 18 U.S.C. sec. 4243, he would not present a significant risk of bodily injury to another person or serious damage to the property of others due to mental illness if he were released to the communityunder a prescribed regimen of treatment and care in a structured group home setting.  The report recommends that he be conditionally released to the community with ongoing monitoring of his mental stability, medication compliance, and mental health treatment, Report at p. 11. (Doc.122  SEALED.)  As required by 18 U.S.C. sec. 4243(f), the Warden of the U.S.Medical Center for Federal Prisoners has certified  that conditional release is appropriate and is requesting a court order to that effect, Doc. 123

A suitable placement has been identified by Ms. Andrea Karr, the social worker assigned to Mr. Flores-Gomez at the medical center in Springfield, Missouri. The placement is with Harris Manor Care Center, 401 South Henry Street, Farmington, Missouri, 63640.  Mr. Flores-Gomez will be Supervised by U.S. Probation Officer Julie Freeman, Eastern District of Missouri. She is familiar with the home and has supervised other civil commitments in the district. Rachael Owens, the Supervisory Social Worker at the medical center advised undersigned counsel that the placement is an all-male home with 24/7 staffing.  Medication management is provided on site. The meals provided on site are planned by a certified dietician. Staffing includes LPN/Certified 1 medical aides on duty.  There are multiple opportunities for group therapy and occupational therapy in-house and other mental health aftercare will be covered by Medicaid. Patients receive assistance with daily hygiene as needed, including prompting/reminders. Patients are assigned chores around the house to help, as able, and staff take residents on organized outings.  Once ordered conditionally released by the Court, Mr. Flores-Gomez will be transported to the home, or if a bed is not available, he will be placed on a waiting list.

III.     APPLICABLE LAW

Title 18 U.S.C. sec. 4243(f) provides in relevant part that: when the director of the facility housing the acquitted person determines that such person has recovered from his mental disease or defect to such an extent that his conditional release under a prescribed regimen of medical, psychiatric, or psychological care or treatment, would no longer create a substantial risk of bodily injury to another person or serious damage to property of another, he shall promptly file a certificate to that effect with the clerk of the court that ordered the commitment. Once the certificate is filed the court shall order the discharge of the person or on its own motion or motion of the government, shall hold a hearing to determine whether the person should be released.  The certificate was issued  by Warden M. King of the U.S. Medical Center for Federal Prisoners at Springfield, Missouri on December 19, 2024.

IV.     REQUEST FOR CONDITIONAL RELEASE

Mr. Flores-Gomez should be ordered conditionally released because three medical panels from the Medical Center have determined that he is appropriate for conditional release since December 8, 2021, December 21, 2022, and in the most recent Report of October 9, 2024.  The warden of the medical center has issued his certificate and requested that the court order conditional release for Mr. Flores-Gomez.  Appropriate release conditions have been established and they are set forth below.

The following release conditions are recommended:

1. Mr. Flores-Gomez will reside at Harris Manor Care Center located at 401 South Henry Street, Farmington, Missouri 63640 at this time or as soon as a bed becomes available. He will remain there at the direction of his U.S. Probation Officer. No change in residence will be made without prior approval of Probation.

2. Mr. Flores-Gomez will actively participate in, and cooperate with, a regimen of mental health care and psychiatric aftercare as directed and administered by the treating mental health provider. This is to include his involuntary admission to an inpatient facility for stabilization should it be deemed necessary. He will follow all the rules, regulations and instructions of the treatment staff and comply with the treatment regimen recommended.

3. Mr. Flores-Gomez will continue to take his medications, including injectable units, as prescribed for him by the medical provider.

4. Mr. Flores-Gomez will waive his rights to confidentiality regarding his mental health treatment in order to allow sharing of information with the supervising U.S. Probation Officer and other mental health treatment providers, who will assist in evaluating his ongoing appropriateness for community placement.

5. Mr. Flores-Gomez will refrain from the use of alcohol and illegal drug usage, including marijuana, as well as the abuse of over the counter medications, and submit to random urinalysis testing as directed by treating mental health staff and/or the probation officer. This also includes participating in substance abuse treatment as deemed necessary.

6. Mr. Flores-Gomez will not have in his possession at any time actual or imitation firearms or other deadly weapons and he may not write, say or communicate threats.  He will submit to a warrantless search on request of the U.S. Probation Officer or any law enforcement officer, of his person or property for the purpose of determining compliance with this provision and shall permit the confiscation of any such contraband.

7. Mr. Flores-Gomez will not commit a federal, state, or local crime, and he will immediately notify his U.S. Probation Officer if he is arrested or questioned by any law enforcement officer. He will not associate with any person convicted of a felony, unless granted permission to do so, by his Probation Officer.

8. Mr. Flores-Gomez must submit his person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. sec 1030(e)(1), other electronic communications or data storage devices or media, or office, to a search conducted by a U.S. Probation Officer. Mr. Flores-Gomez must advise any other occupants that the premises may be subject to searches pursuant to this condition.

9. Mr. Flores-Gomez shall abide by applicable BOP rules and regulations until his discharge from BOP custody is complete.

Mr. Flores-Gomez has been advised of these conditions and has agreed to abide by them.  He understands that any violation of the ordered conditions could result in his arrest and return to the custody of the Attorney General.

CONCLUSION

Based on the foregoing Mr. Flores-Gomez should be ordered conditionally released under the conditions 1-9 listed above.

Respectfully submitted,

Dated: December 19, 2024         /s/ _Victor M. Chavez_____
                                 VICTOR M. CHAVEZ
                                 Attorney for ROBERT FLORES-GOMEZ

ORDER

Robert Flores-Gomez is hereby conditionally released from psychiatric hospitalization pursuant to 18 U.S.C. sec. 4243(f).  The Conditions of Release, 1-9, listed above are hereby incorporated into this Order. The U.S. Probation Officer will provide this Court with an annual report concerning the status of Mr. Flores-Gomez's conditional release and provide a copy of said report to Mr. Flores-Gomez's attorney and to the government.

IT IS SO ORDERED.

Dated: December 20, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE